PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Benjamin Santiago                                      Cr.: 02-69-01

Name of Sentencing Judicial Officer: Honorable John C. Lifland

Name of Current Judicial Officer: Honorable Stanley R. Chesler

Date of Original Sentence: 06-17-02

Original Offense: Conspiracy to Distribute Narcotics (21 U.S.C. § 846)

Original Sentence: 77 months custody

Type of Supervision: Supervised Release                    Date Supervision Commenced: 11-17-05

## PETITIONING THE COURT

[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

## CAUSE

Offender was arrested on May 30, 2008, and charged with Hindering Apprehension and Possession of Marijuana. In addition, offender failed to report this arrest within 72 hours and also admitted to using marijuana on June 15, 2008.

Respectfully submitted,

By: Kevin Villa
U.S. Probation Officer
Date: June 19, 2008

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer

6/25/08
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall reside for a period of 4 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.

Witness: _____          Signed: _____
U.S. Probation Officer                              Supervised Releasee
Kevin Villa                                         Benjamin Santiago

_____
6/19/08
DATE