PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Benjamin (Pedro) Santiago     **Docket Number:** 02-69-01

**Name of Sentencing Judicial Officer:** HONORABLE John C. Lifland

**Name of Current Judicial Officer:** HONORABLE Stanley R. Chesler

**Date of Original Sentence:** 06/17/2002

**Original Offense:** Conspiracy to Distribute Narcotics (21 U.S.C. § 846)

**Original Sentence:** 77 months imprisonment; 5 years supervised release

**Type of Supervision:** Supervised Release     **Date Supervision Commenced:** 11-17-05

**Assistant U.S. Attorney:** Carolyn Murray, U.S. Attorney's Office, Newark, New Jersey

**Defense Attorney:** David Holman, Federal Public Defender's Office, Newark, New Jersey

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'<br><br>On May 30, 2008, Benjamin Santiago was arrested by the Wall Twp., New Jersey Police Department and charged with Hindering Apprehension and Possession of Marijuana. He was released on bond. |
| 2 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'<br><br>Santiago failed to notify the U.S. Probation Office of the arrest noted in violation number one. |

| | |
|---|---|
| 3 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |
| | The offender admitted to using marijuana on June 15, 2008. A subsequent urine screen on June 16, 2008, verified the presence of marijuana. |
| 4 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On June 21, 2008, Benjamin Santiago was arrested by the Newark, New Jersey Police Department and charged with Possession of Cocaine, Distribution of Cocaine, Possession of Cocaine within 1,000 feet of a School, and Possession of Cocaine within 500 feet of a Public Park. He is being held on $100,000 bail (10%). |

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin M. Villa
U.S. Probation Officer

Date: June 26, 2008

---

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

6/26/08
Date