## UNITED STATES DISTRICT COURT
### PROBATION OFFICE
## DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
**THOMAS C. MILLER**

June 26, 2008

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Stanley R. Chesler
Martin Luther King Courthouse
P.O. Box 999
Newark, NJ 07101

**RE: Benjamin Santiago (Dkt. 02-69-01)**

Dear Judge Chesler:

On June 25, 2008, Your Honor signed a Probation Form 12B (*Modification of Conditions of Supervision*), which was filed with the Clerk of the Court. Due to additional non-compliance, specifically new criminal activity, our office sought a warrant for Santiago's arrest. On June 26, 2008, Your Honor signed said warrant which was subsequently filed with the Clerk of the Court.

As such, we are respectfully requesting the Probation Form 12B (*Modification of Conditions of Supervision*), be vacated in anticipation of violation proceedings.

If Your Honor should require any additional information please contact the undersigned officer at (973) 645-4692.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Kevin M. Villa
U.S. Probation Officer

SO ORDERED: _____
STANLEY R. CHESLER, U.S.D.J.

/kmv