UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 02-69 (SRC) |
| | : | Amended |
| PEDRO SANTIAGO | : | ORDER REVOKING SUPERVISED RELEASE AND ISSUING SENTENCE |

This matter having been opened to the Court upon the application of the United States of America, by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Zahid N. Quraishi, Assistant U.S. Attorney, appearing), for a hearing on the violation of supervised release of defendant Pedro santiago ("Defendant"); and Defendant having pled guilty to Violation No. 4, Commission of Another Crime (possession with intent to distribute cocaine), charged in the Amended Petition for Warrant or Summons for Offender Under Supervision issued on June 6, 2008; and the court having heard arguments by both parties concerning sentencing; and for good cause shown,

IT IS on this 7 day of October, 2009

ORDERED that the Defendant's term of supervised release is hereby revoked;

ORDERED that the remaining Violation Nos. 1-3 are hereby dismissed with prejudice;

ORDERED that Defendant is sentenced to 6 months' imprisonment to be followed by 12 months' of supervised release; and drug treatment.

AND IT IS FURTHER ORDERED that Defendant shall be

transferred to the custody of the Bureau of Prisons to facilitate the execution of this sentence.

/s/
HONORABLE STANLEY R. CHESLER
United States District Judge