PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Pedro Santiago  Cr.: 02-00069-001
PACTS No: 25104

Name of Sentencing Judicial Officer: Honorable John C. Lifland, U.S. District Judge
Reassigned to: Honorable Stanley R. Chesler, U.S. District Judge

Date of Original Sentence: 06/17/02
Violation of Supervised Release: 10/01/09

Original Offense: Conspiracy to Distribute Narcotics

Original Sentence: 77 months imprisonment; 5 years supervised release; $100 special assessment. Special conditions: drug testing and/or treatment; DNA collection.

Re-Sentence on Violation: 6 months imprisonment; 12 months supervised release; previous conditions continued.

Type of Supervision: Supervised Release        Date Supervision Commenced: 03/09/10

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | On May 4, 2010, Santiago submitted a urine specimen which tested positive for marijuana, cocaine, and ecstasy. Santiago admitted using drugs on May 2, 2010.

U.S. Probation Officer Action:

Probation recommends withholding Court action at this time and will keep the Court informed of the offender's adjustment.

Respectfully submitted,

By: Anthony J. Nisi
U.S. Probation Officer
Date: 05/06/10



PROB 12A - Page 2
Pedro Santiago

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other: Probation to monitor the offender and keep the Court apprised of the offender's adjustment.

_____
Signature of Judicial Officer

5/17/10
_____
Date

# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICER
**THOMAS C. MILLER**

May 6, 2010

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

Honorable Stanley R. Chesler, U.S. District Judge
Frank Lautenberg U.S. Post Office and Courthouse
Room 471
Newark, New Jersey 07101

RE: **SANTIAGO, Pedro**
Dkt. No: 02-00069-001
<u>Notice of Non-Compliance</u>

Dear Judge Chesler:

On June 17, 2002, Pedro Santiago was sentenced by the Honorable John C. Lifland, U.S. District Judge, to 77 months imprisonment, to be followed by a five-year term of supervised release for the offense of Conspiracy to Distribute Narcotics. The offender was ordered to pay a $100 special assessment and abide by the special conditions of drug testing and/or treatment and DNA collection. Santiago has been supervised by this office since his release from confinement on November 17, 2005.

As the Court is aware, on October 1, 2009, Santiago appeared before Your Honor for a violation of supervised release (committing a new crime) and was sentenced to 6 months imprisonment, to be followed by a one-year term of supervised release. On March 9, 2010, Santiago was released from confinement and commenced supervision.

The purpose of this letter is to report Santiago's non-compliance with the conditions of his supervision. During an office visit on May 4, 2010, Santiago submitted a urine specimen which tested positive for marijuana, cocaine, and ecstasy. Santiago admitted using drugs on May 2, 2010.

Santiago has acknowledged his acts of non-compliance and requested assistance from our office. During an office visit on May 4, 2010, Santiago was provided with NA meeting information and directed to attend weekly meetings. In addition, our office has increased the intensity of supervision and enhanced our urine collection efforts. Our office has also increased outpatient services with Integrity House where Santiago will undergo weekly individual meetings.

Please review the attached Probation Form 12A and, if the Court concurs with our recommendation, sign and return the document to the attention of the undersigned. If Your Honor requests an alternative course of action, please advise. We will make ourselves available should the Court wish to discuss this matter.

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Anthony J. Nisi
U.S. Probation Officer

/ajn 
Attachment